

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00122-CV

| | | |
|---|---|---|
| JENNIFER C. CASS AND NICHOLE R. MALICOAT, Appellants | § | On Appeal from the 96th District Court |
| | § | of Tarrant County (096-340129-23) |
| V. | § | September 28, 2023 |
| CHERYL ANNE HUGHES, AS TRUSTEE OF THE JIMMY CELTYN HUGHES QTIP MARITAL TRUST, Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the trial court's order denying Appellants Jennifer C. Cass and Nicole[1] R. Malicoat's TCPA motion to dismiss is reversed. We further render judgment granting Cass and Malicoat's TCPA motion to dismiss, and we remand this case to the trial court for further proceedings consistent

---

[1]As noted in our opinion, the listing of Malicoat's first name in the style of this appeal as "Nichole" appears to be a typographical error.

with our opinion and with Section 27.009(a)(1) of the Texas Civil Practice and Remedies Code.

It is further ordered that Appellee Cheryl Anne Hughes, as Trustee of the Jimmy Celtyn Hughes QTIP Marital Trust, shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
    Justice Dana Womack